JS - 6

**FILED: 7/09/14**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Stephen Yagman*, | CASE NO. CV 14-2330-GHK (Ex) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Eric Garcetti, et al.*, | |
| Defendants. | |

Pursuant to the Court's July 9, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiff's action is **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: July 9, 2014

_____
GEORGE H. KING
Chief United States District Judge